THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:24-CR-189-SDJ-BD |
| | § | |
| DEVEAN MCMARYION (1) | § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 30, 2024, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #15) that allegation four in the petition for revocation of Defendant's supervised release (Dkt. #4) be dismissed; Defendant's supervised release be revoked based on allegations one, two, and three in that petition; Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of fourteen months, with eighteen months of supervised release to follow, with all prior conditions imposed except the condition requiring Defendant to participate in an anger-management program, and with the first six months of his term of supervised release to be home confinement; and Defendant be placed at FCI Beaumont in Beaumont, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge (Dkt. #15), and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #14), the Court is of the opinion

that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, allegation four is dismissed; Defendant's supervised release is revoked based on allegations one, two, and three; Defendant is sentenced to a term of fourteen months with eighteen months of supervised release to follow, with all prior conditions imposed except the condition requiring Defendant to participate in an anger-management program, and with the first six months of his term of supervised release to be home confinement; and the Court hereby recommends Defendant be placed at FCI Beaumont in Beaumont, Texas, if appropriate.

**So ORDERED and SIGNED this 4th day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE